# Exhibit A

IN THE CIRCUIT COURT FOR BERKELEY COUNTY WEST VIRGINIA

George Van Wagner,
P.O. Box 867
Martinsburg, WV 25402
Plaintiff,

CIVIL NUMBER 10-C-306
v.                                                  Judge Sine

America's Servicing Company,
servicer for Duestche National Bank and Morgan Stanley
PO Box 10388
Des Moines, IA 50328
877-222-7875

Cintiux, LLC
PO Box 182
Berryville, VA 22611
540-579-4466

Kenneth LeMaster, Sheriff
400 W. Stephens St.
Martinsburg, WV 25401
304-262-3070

Norwood Bentley, County Attorney
400 W. King St., Rm. 1
Martinsburg, WV 25401
304-267-5009

John W. Small, Jr., County Clerk
100 W. King St., Rm. 1
Martinsburg, WV 25401
304-267-3001x6001
Defendants

## AMENDED COMPLAINT

TO THE HONORABLE JUDGES OF THIS COURT:

COMES NOW, Plaintiff, George Van Wagner, *pro se,* ("Plaintiff") as equity

security holder of VAC, LLC to request this Honorable Court to grant VAC, LLC Quiet

1

Case 3:10-ap-00074   Doc 1-1   Filed 06/07/10   Entered 06/07/10 14:40:56   Desc
Exhibits   Page 2 of 26

Title to a certain parcel of land, located in Berkeley County, West Virginia 6.3 acres in the Mill Creek District, recorded in Deed Book 873 on page 398, and more fully described on **Exhibit A**, ("Property"). In support of his request the Plaintiff states as follows:

1. George Van Wagner is the beneficial owner of the assets of VAC, LLC, in particular, the above referenced property, herein after the "Property".

2. VAC, LLC owner of the above referenced Property took title to the Property on July 11, 2007, at the office of Pill and Pill, settlement attorneys.

3. America's Servicing Company ("ASC"), as the note holder of the Property, failed to serve this Plaintiff or VAC, LLC, at their known address, any documents in relation to their request for Relief from Stay, see **Exhibit B**. This action made it impossible for this Plaintiff or VAC, LLC to file a response or defense before the order for abandonment from the US Bankruptcy Court of Northern West Virginia was granted, see **Exhibit C**.

4. The title to the property has been wrongfully transferred and is in the recorded ownership of Cintiux, LLC.

5. The Plaintiff has knowledge and belief that there is currently a dispute over the legal and beneficial title of the Property.

6. The tax sale was wrongfully conducted because the legal owner, the Plaintiff, was in bankruptcy at the time of the tax sale. See **Exhibit D**.

7. Berkeley County had no right to redeem this property because there was no relief from stay granted by the Bankruptcy Court of Northern West Virginia at the time of the tax sale.

8. The property was not abandoned by the Bankruptcy Trustee until March 4, 2010, (see **Exhibit C**), but was sold at tax sale on November 18, 2008 while the recorded owner, the Plaintiff, was in Bankruptcy. The Plaintiff is still in Bankruptcy.

9. This Complaint, which is supported by the attached title of the Berkeley County Land Records, see attached **Exhibit A** is filed for the purpose of quieting the title to the property.

WHEREFORE, the above considered, Plaintiff, George Van Wagner, respectfully requests that this Honorable Count grants him the following relief:

A. Entry of an Order quieting title to the subject property.

B. Entry of an Order directing Cintiux, LLC to vacate the property.

C. Entry of an Order for damages caused by the Cintiux, LLC trespass.

D. Entry of an Order granting all reasonable expenses including counsel fees for the pursuit of this matter.

Respectfully Submitted,

_____ April 19, 2010
George Van Wagner, Plaintiff, *pro se*
PO Box 867
Martinsburg, West Virginia 25402

Case 3:10-ap-00074    Doc 1-1    Filed 06/07/10    Entered 06/07/10 14:40:56    Desc
Exhibits    Page 4 of 26

## LIST OF ATTACHED EXHIBITS

**Exhibit A**, Deed recorded at the Berkeley County Land Records describing the subject property,

**Exhibit B,** Notice of Failure to Serve, sent by the Plaintiff to the US Bankruptcy Court of Northern West Virginia,

**Exhibit C**, Order of abandonment of the Property by the US Trustee assigned to VAC, LLC by the US Bankruptcy Court of Northern West Virginia,

**Exhibit D**, George Van Wagner Bankruptcy proof,

**Exhibit E**, Berkeley County Tax sale notification

**Exhibit F**, Lis Pendens

4

# Exhibit A

*25267*

# DEED

THIS DEED, made and entered into this 11th day of July, 2007, by and between DAVID

D. PILL, as Trustee, party of the first part, hereinafter referred to as Grantor, and VAC, LLC, a

limited liability company, party of the second part, hereinafter referred to as Grantee.

WITNESSETH: That for and in consideration of the sum of Five Dollars ($5.00), cash in

hand paid, and other good and valuable consideration, the receipt of all of which is hereby

acknowledged, the said Grantor does hereby grant, bargain, sell and convey, and by these

presents has granted, bargained, sold and conveyed unto the Grantee, in fee simple, with

covenants of special warranty, all that certain lot or parcel of real estate, with the improvements

and appurtenances thereunto belonging, situate in the Falling Waters District, Berkeley County,

West Virginia, and more particularly described as follows:

> "Lot No. 35, Phase I, Section II of Leisure Living Estates, containing
> 8,452 square feet, as described more particularly on a plat prepared by
> Truman, Yebernetsky & Roberts, Inc., Engineers, dated October 16,
> 1996, recorded in the office of the Clerk of the County Commission of
> Berkeley County, West Virginia, in Plat Cabinet No. 7, at Slide 80."

AND BEING the same real estate conveyed unto George VanWagner, by deed dated

December 5, 2006, from Jackie Lee Harris and Christine Faith Harris, and recorded in the

Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Deed

Book 855, at Page 157.

> All that certain lot or parcel of real estate, with the improvements and
> appurtenances thereunto belonging, situate in the Mill Creek District,
> Berkeley County, West Virginia, and more particularly described as
> follows: All that certain lot or parcel containing 6.3662 acres, more or
> less, as set forth on a Plat of Survey dated December 4, 1981, prepared
> by P.C. DiMagno, Engineers-Surveyors, a copy of which is recorded in
> the Office of the Clerk of the County Commission of Berkeley County,
> West Virginia, in Deed Book 355, at Page 671.

AND BEING the same real estate conveyed unto George Vanwagner, by deed dated

January 16, 2006, from David S. Wilson and Paula D. Wilson, and recorded in the aforesaid

Clerk's Office, in Deed Book 825, at Page 536.

> All that certain lot or parcel of real estate, with the improvements and
> appurtenances thereunto belonging, situate in the Mill Creek District,
> Berkeley County, West Virginia, and more particularly described as
> follows: All that certain lot or parcel containing 6.000 acres as shown on
> a plat made by Gamma Associates, Arnold L. Godlove, C.E., dated
> September 19,1975, and recorded in the Office of the Clerk of the County
> Court of Berkeley County, West Virginia, in Deed Book 291, at Page 40,
> being subject to easements of record and in existence.

1

AND BEING the same real estate conveyed unto George Vanwagner, by deed dated October 30, 2006, from Rodney Allen Patrick and Wendy Lee Patrick, and recorded in the aforesaid Clerk's Office, in Deed Book 852, at Page 131.

All that certain lot or parcel of real estate, with the improvements and appurtenances thereunto belonging, situate in the Hedgesville District, Berkeley County, West Virginia, and more particularly described as follows: All that certain lot or parcel of real estate containing 33.6834 acres, more or less, as set forth on a Final Plat dated September 12, 1990, prepared by Davis, Renn & Associates, Inc., a copy of which is recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Plat Cabinet 4, at Slide 119. TOGETHER WITH AND SUBJECT TO any and all rights-of-ways set forth in the aforesaid plat.
LESS AND EXCEPTING THEREFROM all that certain parcel containing 2.2265 acres, more or less, as set forth on a Plat of Survey dated September 27, 2001, prepared by Berry Surveying Associates a copy of which is recorded in the aforesaid Clerk's office in Deed Book 798, at page 327, which was conveyed in Deed Book 798, at Page 327.

AND BEING the same real estate conveyed unto George H. Vanwagner, III, by deed dated October 13, 2005, from Robert Double, and recorded in the aforesaid Clerk's Office, in Deed Book 813, at Page 409. And by said Deed of Confirmation and Correction conveyed unto George H. Vanwagner, Jr., by deed dated April 24, 2006, from Robert Double and Tilhance Farms Homeowners Association, Inc., and recorded in the aforesaid Clerk's Office, in Deed Book 835, at Page 448.

All of that certain lot or parcel of real estate, with the improvements thereon and the appurtenances thereunto belonging, situate in the Mill Creek District of Berkeley County, West Virginia, more particularly bounded and described as follows: Lot No. 39B, as set forth on a Plat entitled "Minor Subdivisions for George VanWagner", dated July 10, 2006, prepared by P.C. DiMagno, Engineers-Suveyors, and recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Deed Book 845, at Page 580.

AND BEING the same real estate conveyed unto George H. Vanwagner, by deed dated June 20, 2007, from Topaz, LLC, a West Virginia limited liability company, and recorded in the aforesaid Clerk's Office, in Deed Book 872, at Page 264.

All that certain lot or parcel of real estate, with the improvements and appurtenances thereunto belonging, situate in the Mill Creek District, Berkeley County, West Virginia, and more particularly described as follows: Lot No. 26, as set forth on a Plat entitled "Minor Subdivisions for George VanWagner", dated July 10, 2006, prepared by P.C. DiMagno, Engineers-Suveyors, and recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Deed Book 844, at Page 286.

AND BEING the same real estate conveyed unto Steven A. Crites, by deed dated April 3, 2007, from Topaz, LLC, a West Virginia limited liability company, and recorded in the aforesaid Clerk's Office, in Deed Book 865, at Page 185.

2

All of that certain lot or parcel of real estate, with the improvements thereon and the appurtenances thereunto belonging, situate in the Mill Creek District of Berkeley County, West Virginia, more particularly bounded and described as follows: Lot No. 28A, as set forth on a Plat entitled "Minor Subdivisions for George VanWagner", dated July 10, 2006, prepared by P.C. DiMagno, Engineers-Suveyors, and recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Deed Book 844, at Page 286.

AND BEING the same real estate conveyed unto Steven A. Crites, by deed dated March 16, 2007, from Topaz, LLC, a West Virginia limited liability company, and recorded in the aforesaid Clerk's Office, in Deed Book 863, at Page 660.

All of that certain lot or parcel of real estate, with the improvements thereon and the appurtenances thereunto belonging, situate in the Mill Creek District of Berkeley County, West Virginia, more particularly bounded and described as follows: Lot No. 33A, as set forth on a Plat entitled "Minor Subdivisions for George VanWagner", dated July 10, 2006, prepared by P.C. DiMagno, Engineers-Suveyors, and recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Deed Book 844, at Page 286.

AND BEING the same real estate conveyed unto Steven A. Crites, by deed dated April 27, 2007, from Topaz, LLC, a West Virginia limited liability company, and recorded in the aforesaid Clerk's Office, in Deed Book 867, at Page 287.

All of that certain lot or parcel of real estate, with the improvements thereon and the appurtenances thereunto belonging, situate in the Mill Creek District of Berkeley County, West Virginia, more particularly bounded and described as follows: Lot No. 36B, as set forth on a Plat entitled "Minor Subdivisions for George VanWagner", dated July 10, 2006, prepared by P.C. DiMagno, Engineers-Suveyors, and recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Deed Book 845, at Page 580.

AND BEING the same real estate conveyed unto Steven A. Crites, by deed dated April 27, 2007, from Topaz, LLC, a West Virginia limited liability company, and recorded in the aforesaid Clerk's Office, in Deed Book 867, at Page 279.

All of that certain lot or parcel of real estate, with the improvements thereon and the appurtenances thereunto belonging, situate in the Mill Creek District of Berkeley County, West Virginia, more particularly bounded and described as follows: Lot No. 37B, as set forth on a Plat entitled "Minor Subdivisions for George VanWagner", dated July 10, 2006, prepared by P.C. DiMagno, Engineers-Suveyors, and recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Deed Book 845, at Page 580.

AND BEING the same real estate conveyed unto Steven A. Crites, by deed dated April 27, 2007, from Topaz, LLC, a West Virginia limited liability company, and recorded in the aforesaid Clerk's Office, in Deed Book 867, at Page 281.

All of that certain lot or parcel of real estate, with the improvements thereon and the appurtenances thereunto belonging, situate in the Hedgesville District of Berkeley County, West Virginia, more particularly bounded and described as follows: Lot 5, containing 0.0677 acre,

3

Townhome located at THE COVE, as set forth on a Final Plat dated May 26, 2005, prepared by Kevin D. Nelson, WVLLS#2084, a copy of which is recorded in the Office of the Clerk of the County Commission of Berkeley County, West Virginia, in Plat Cabinet 11, at Slide 92.

AND BEING the same real estate conveyed unto Steven A. Crites, by deed dated June 8, 2007, from Eagle Properties, LLC, a limited liability company, and recorded in the aforesaid Clerk's Office, in Deed Book 870, at Page 555.

This conveyance is made subject to and together with any and all covenants, conditions, agreements, easements, rights, rights-of-way and/or restrictions of record and in existence.

## DECLARATION OF CONSIDERATION OR VALUE

Under the penalties of fine and imprisonment as provided by law, the undersigned Grantors hereby declare that the total consideration for the property transferred by the document to which this declaration is appended is exempt pursuant to West Virginia Code §11-22-1.

WITNESS the following signatures.

GRANTOR:

DAVID D. PILL, as Trustee

GRANTEE:

VAC, LLC, a limited liability company

BY:

Its _Member_

STATE OF WEST VIRGINIA
COUNTY OF BERKELEY, to-wit:

The foregoing instrument was acknowledged before me this 11th day of July ____, 2007, by David D. Pill, as Trustee, the Grantor named herein.

Notary Public

My commission expires: 5/09/11

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JANE M. MITCHEM
PILL & PILL, ATTORNEY AT LAW
P. O. BOX 440
MARTINSBURG, WV 25402
My commission expires May 9, 2011

STATE OF WEST VIRGINIA
COUNTY OF BERKELEY, to-wit:

The foregoing instrument was acknowledged before me this 11th day of
July, 2007, by Steven A. Crites
as Member, who executes this instrument on behalf of VAC, LLC, a limited
liability company, the Grantee named herein.

Jane M. Mitchem
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JANE M. MITCHEM
PILL & PILL, ATTORNEY AT LAW
P.O. BOX 440
MARTINSBURG, WV 25402
My commission expires May 9, 2011

My commission expires:     5/09/11

## NO SEARCH – NO CERTIFICIATION

THIS DEED PREPARED BY:
David D. Pill, Esquire, PILL & PILL,
Attorneys at Law,
P.O. Box 440, 85 Aikens Center,
Martinsburg, West Virginia 25404

AFTER RECORDING RETURN TO:

VAC, LLC

26 Veronica Drive
Martinsburg WV 25401

jmm/#55093/VAC Deed

BERKELEY COUNTY, WV
FILED
July 12, 2007   11:02:12
JOHN W. SMALL JR.
COUNTY CLERK
TRANSACTION NO: 2007025267
BOOK OF DEEDS
Book: 00873   Page: 00398

5

# Exhibit B

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re: George Van Wagner      Bankruptcy # 08-00435
Debtor      Chapter 07

### NOTICE OF FAILURE TO SERVE

Here comes George Van Wagner, Debtor, pro se, ("Debtor") to notify this court that he has not been served any Motions, Objections, nor any other pertinent documents concerning the property at 2887 Middelway Pike, Bunker Hill, WV 25413 from America's Servicing Company (ASC) through its counsel Nathan Wasser, Esq. or any other party.

The Debtor does not receive notification through the internet and is reliant on receiving service through the US mail. ASC and its counsel know the Debtor's address and phone number and therefore have no reason, other than to by pass the Debtor, to not serve this very important information.

This oversight on behalf of ASC has resulted in the Debtor being unable to respond to any allegations on the part of ASC, or to file any responses to the Court.

This is the second property ASC has failed to serve this Debtor, knowing that the Debtor is acting pro se, and therefore disregarding his right to defend himself or even see if their allegations are based in fact.

THEREFORE, this Debtor humbly request that this Court order ASC or it's counsel to send through the US mail, all Motions, Objections, or any other pertinent documents concerning the property at 2887 Middleway Pike, Bunker Hill, WV 25413 to the Debtor and postpone any actions for at least 15 days after the service has been properly conducted, in order to allow the Debtor ample time to answer said documents.

Thank you,

_____ February 1, 2010

George Van Wagner, Debtor, pro se
PO Box 867
Martinsburg, WV 25402

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re: George Van Wagner                    Bankruptcy # 08-00435
      Debtor                                   Chapter 07

## CERTIFICATE OF SERVICE

I, George Van Wagner, Debtor, Pro Se, is hereby notifying the Court that a copy
of the Notice of Failure to Serve is hereby served to the following parties on
February 1, 2010, through the United States Postal Service.

American Servicing Company                  Thomas Fluharty, Esq.
C/O Nathan H. Wasser                         408 Lee Ave.
43 Greene St                                 Clarksburg, WV 26302
Cumberland, MD 21502


George Van Wagner, Debtor, Pro se
P.O. Box 867
Martinsburg, WV 25402

**Exhibit C**

Order Entered.

_Patrick M. Flatley_
Patrick M. Flatley
United States Bankruptcy Judge
Dated: Thursday, March 04, 2010 6:42:00 PM

MAR 0 9 2010

RECEIVED

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Van Wagner, George

Bk. No.: 08-00435

Debtor

### ORDER

On this day came the Trustee, Thomas H. Fluharty pursuant to his Notice of Intent

to Abandon Property, described as 2887 Middleway Pike, Bunker Hill, West Virginia 25413.

The Court being of the opinion that the Notice of Intent to Abandon Property should

be granted, it is accordingly, **ADJUDGED, ORDERED and DECREED** that the real

property located at 2887 Middleway Pike, Bunker Hill, WV, of the debtor is Ordered

abandoned _Nunc pro tunc_ to the date of the filing of the debtor's bankruptcy petition.

Submitted by:

  _/s/   Thomas H. Fluharty_
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(304) 624-7832

**Exhibit D**

Form B6A
(10/05)

In re George Van Wagner ,                    Case No. _____
          Debtor                                              (If known)

# SCHEDULE A - REAL PROPERTY continued

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| rental property 226 Topaz Lane Inwood, WV 25428 | owned by debtor | | 185,000.00 | 139,749.00 |
| rental property 108 Ms Staci Lane Martinsburg, WV | owned by debtor | | 155,000.00 | 100,000.00 |
| 2887 Middleway Pk Bunker Hill, WV 25413 rental property | owned by debtor | | 425,000.00 | 395,000.00 |
| See attached. | | | | |

Sub Total ▶  2,695,000.00
(Report also on Summary of Schedules)
Continued

United States Bankruptcy Court Northern District of West Virginia | Proof of Claim

In re (Name of Debtor):
George Van Wagner     *2857 Middleway*

Case Number:
08-00435-LEF

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. ' 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
AMERICA'S SERVICING COMPANY AS SERVICER FOR DEUSTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3 ITS SUCCESSORS AND/OR ASSIGNS

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and Address Where Notices Should be Sent:
America's Servicing Company as servicer for Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3
Bankruptcy Department
7495 New Horizon Way, Building 4
Frederick, MD 21703
(301) 696 7072

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Name and Address Where Payment Should be Sent (if different from above):
America's Servicing Company as servicer for Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3
Bankruptcy Department
MAC X2501-01F
One Home Campus
Des Moines, IA 50328-0001
(301) 696 7072

5. Amount of claim Entitled to Priority under 11 U.S.C '507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.
Specify the priority of the claim.

1. Amount of Claim at Time Case Filed: $ 330,680.13*
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.
* This is an estimated figure and is not to be relied upon as a payoff statement.

2. Basis for Claim: __Money loaned (Real Estate Mortgage)_____

3. Last four digits of any number by which creditor identifies debtor: XXXXXX5054
   3a. Debtor may have scheduled account as: _____

4. Secured Claim
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: _____ Annual Interest Rate 7.96 %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $ 16,229.58 Basis for perfection: Recorded Deed of Trust.

Amount of Secured Claim: $330,680.13*  Amount Unsecured: $_____

6. CREDITS: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. DOCUMENTS: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

☐ Domestic support obligations under 11 U.S.C. ' 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. ' 507(a)(4).

☐ Contributions to an employee benefit plan—11 U.S.C. ' 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use--11 U.S.C. ' 507(a)(7).

☐ Taxes or penalties owed to governmental units—11 U.S.C. ' 507(a)(8).

☐ Other—Specify applicable paragraph of -11 U.S.C. ' 507(a)_____.

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 7/17/2008

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
/s/

Alice A. Blanco/Karrollanne K. Cayce/John D. Schlotter/Michael J. McCormick/A. Michelle Hart/Matthew Dyer/Richard H. Siegel/Whitney Groff/Maria Tsagaris Agent for America's Servicing Company as servicer for Deustche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 Its Successors and/or assigns , 1544 Old Alabama Road, Roswell, Georgia 30076, Telephone: 770-643-7200

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. ' 152 and 3571.     ASC-08-16028

**Exhibit E**

Berkeley County Delinquent Land Department
100 West King Street Martinsburg, WV 25401   304-267-3001 ext 6010
NOTICE THAT A DEED HAS BEEN REQUESTED AND THAT DEED WILL BE ISSUED
UNLESS REAL ESTATE IS REDEEMED BY PROVISIONS OF SECTION 19 (11A-3-19)

To: **VAC, LLC., George VanWagner, Decision One Mortgage Company, LLC ,Jonathan Nicol, Trustee**

And To:  Any heir, legatee, beneficiary, or other relative of the persons –entities listed above;
and any and all persons claiming any interest, whether whole or in part, in the property described
herein.       **CASE # 96    07168735**

You will take notice that: Cintiux LLC, purchaser (or the assignee, heir or devisee of the
purchaser) of the tax lien(s) on the following real estate: **6.3662 Acres Mill Creek** located in:
**Mill Creek** district, which was returned delinquent in the name of: **George  VanWagner** and
for which the tax lien(s) thereon was sold by the sheriff of Berkeley County at the sale for
delinquent taxes made on the 18th day of November, 2008, has requested you be notified that
deed for such real estate will be made to them on or after the 1st day of April, 2010, as provided
by law, unless before that day you redeem such real estate.  The amount you will have to pay to
redeem on the last day, March 31st, 2010 will be as follows:

Amount equal to the taxes, interest and charges due on the date of
the sale, with interest to March 31st, 2010.                                     **$ 2714.93**

Amount of taxes paid on the property since the sale,
with interest to March 31, 2010.                                                    $

Amount paid for title examination and preparation of list of those to be served,
and for the preparation and service of the notice with interest to March 31st, 2010.
The publication is an estimate.                                                    **$486.70**

Total Payable to the Sheriff of Berkeley County
(Payment must be made by Cashier's check or money order)            **$3196.29**

Amount paid for other statutory cost
Redemption certificate                                                             **$35.00**

(Payable to County Clerk- Payments must be made by Cash, Cashier's check or money order)

You may redeem at anytime before March 31st 2010, by paying the above total less any unearned
interest.
Given under my hand

John W Small Jr.
County Clerk of Berkeley County
State of West Virginia

**Exhibit F**

16340

## IN THE CIRCUIT COURT FOR BERKELEY COUNTY WEST VIRGINIA

**George Van Wagner**
**PO Box 867**
**Martinsburg, WV 25402**

**PLAINTIFF**

Vs.                                          **CIVIL ACTION 10-C-306**
                                             **JUDGE: SINE**

**America's Servicing Company, et al**
**Defendants**

### NOTICE OF LIS PENDENS

KNOW ALL MEN BY THESE PRESENTS that George Van Wagner, the
Plaintiff in the above enlisted action by this memorandum filed with the Clerk of
Berkeley County, West Virginia, on the 19 day of April, 2010, claims a lien
against the property described below, and states that the lien is based on a suit
for Quiet Title on a portion of said real estate, which suit is now pending in the
Circuit Court of Berkeley County, West Virginia. The title of action is George Van
Wagner vs. America's Servicing Company. The names of the parties are George
Van Wagner and America's Servicing Company. The description of the property
to be affected is:

All that certain lot or parcel of real estate together with the improvements
thereon and appurtenances thereto belonging, situate in Mill Creek District,
Berkeley County, West Virginia and more particularly described as follows:
All that certain lot or parcel containing 6.3662 acres, more or less, as set forth on
a Plat of Survey dated December 4, 1981, prepared by P.C. DiMagno,
Engineers-Surveyors, a copy of which is recorded in the office of the Clerk of the
County Commission of Berkeley County, West Virginia, in Deed Book 355, at
Page 671.

AND BEING the same parcel of real estate conveyed to George Van Wagner
by deed dated the 16th day of January, 2006, from David S. Wilson and Paula D.

Wilson, and recorded in the aforesaid Clerk's office in Deed Book No. 825, at page 536.

The nature of the lien, right, or interest sought to be enforced against said property in the aforementioned Civil Action is based on a suit for Quiet Title on a portion of said real estate. A lien is sought against all of said real estate with the improvements   and appurtenances located thereon, and any funds that may be expected to be received by the Defendant by the sale of said real estate. The name of the party whose estate is intended to be affected is Cintiux, LLC.

Dated this 19 day of April , 2010

_____
George Van Wagner
Plaintiff

## NOTARY CERTIFICATE

Commonwealth of West Virginia

County of Berkeley,

The foregoing instrument was acknowledged by _Misty Shirley_

Before me on _19th April_ 2010

_[signature]_

Notary Public

My Commission Expires: _July 14, 2019._

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
**MISTY D. SHIRLEY**
PO BOX 2569
MARTINSBURG, WV 25402
My commission expires July 14, 2019

BERKELEY COUNTY, WV
FILED
April 19, 2010    11:15:52
JOHN W. SMALL JR.
COUNTY CLERK
TRANSACTION NO: 2010016340
BOOK OF DEEDS
Book: 00952  Page: 00031

**IN THE CIRCUIT COURT OF BERKELEY COUNTY, WEST VIRGINIA**

George Van Wagner

Plaintiff

v.                                                    Civil Action No. 10-C-306

American Servicing Co., et al,                        Judge Sine

Defendants

## CERTIFICATE OF SERVICE

I, George Van Wagner, do hereby certify that I have served a true copy of the "Amended Complaint" dated April 19, 2010 upon the Defendants on April 19, 2010, by mailing a true copy thereof to:

Norwood Bentley, County Attorney
    400 W. King St., Rm. 1
    Martinsburg, WV 25401


    Kenneth LeMaster, Sheriff
      400 W. Stephens St.
    Martinsburg, WV 25401


      Cintiux, LLC
      PO Box 182
    Berryville, VA 22611


    America's Servicing Company
      PO Box 10388
    Des Moines, IA 50328


    John W. Small, Jr., County Clerk
      100 W. King St., Rm. 1
    Martinsburg, WV 25401

George Van Wagner, Member

Norwood, Inc.